# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

DIONA FLORA,

    Plaintiff,

v.

WAL-MART STORES EAST, LP; and WAL-MART STORES,

    Defendants.

CIVIL ACTION NO.: 2:16-cv-14

## O R D E R

This matter is before the Court on Plaintiff's Motion for Stay. (Doc. 15) Plaintiff requests that this case, including discovery and all deadlines in the March 23, 2016 Scheduling Order, (doc. 12), be stayed for three (3) months. To date, Defendants have filed no response to Plaintiff's Motion. Thus, after careful consideration and for good cause shown, Plaintiff's Motion is **GRANTED**.

THEREFORE, IT IS HEREBY ORDERED that this case is hereby stayed until further order of the Court. The Parties are DIRECTED to file a Status Report[1] with the Court on or before July 15, 2016.

**SO ORDERED**, this 20th day of May, 2016.

*/s/ R. Stan Baker*

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A Status Report Form shall be provided by the Courtroom Deputy Clerk for use in reporting to the Court. The parties are directed to contact the Deputy Clerk to obtain the Form and to use the content and format contained in this Form.